**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRITTANIE LEA,

                Plaintiff,

v.                                                                Case No. 8:26-cv-592

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
SYNCHRONY BANK, and TRANS
UNION LLC,

                Defendants.

_____/

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Defendant Trans Union LLC ("Trans Union"), by and through its counsel of record, and hereby files this Notice of Removal, pursuant to 28 U.S.C. § 1446(a) and, in support thereof, would respectfully show the Court as follows:

### A.    PROCEDURAL BACKGROUND

1.    On or about January 29, 2026, Plaintiff Brittanie Lea ("Plaintiff") filed her Complaint ("Complaint") in this action in the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 26-001313-SC ("State Court Action").  In the Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*. against Defendant Trans Union.

1

2.      Trans Union was served with Plaintiff's Complaint on February 4, 2026. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

3.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action affecting removal as of the filing of this Notice of Removal.

## B.   GROUNDS FOR REMOVAL

4.      The present suit is an action over which the United States District Court for the Middle District of Florida, Tampa Division, has original jurisdiction pursuant to 28 U.S.C. § 1331 as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b).  Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Trans Union's alleged violations of the FCRA.

5.      Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

## C.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8554582.1

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Middle District of Florida, Tampa Division, because it is in the district and division embracing the place where the State Court Action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of removal to the Plaintiff and will file a copy of this Notice of Removal with the Sixth Judicial Circuit Court of Pinellas County, Florida, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached hereto as **Exhibit A**.

9. All Defendants, who have been served upon the date of filing of this Notice of Removal, consent to the removal of this case. Joinders in the Removal are attached hereto as **"Exhibit B"**.

10. Trial has not commenced in the Sixth Judicial Circuit Court of Pinellas County, Florida.

WHEREFORE, Trans Union respectfully prays that this action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

8554582.1

4

Respectfully submitted,

/s/ Sean Moloney
Sean Moloney
Florida Bar No.: 638358
smoloney@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5442
Facsimile:  (214) 871-2111
**Counsel for Trans Union LLC**

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Megan A. Rosenberg, Esq.
mrosenberg@seraphlegal.com
Seraph Legal, PA
3505 East Frontage Rd, Ste 145
Tampa, FL 33607
Tel: (813) 567-1230 (Ext. 404)
Fax: (855) 500-0705
*Counsel for Plaintiff*

Jason R. Bowyer
jbowyer@mcguirewoods.com
Kathleen D. Dackiewicz
kdackiewicz@mcguirewoods.com
McGuire Woods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
(904) 798-3200
*Counsel for Synchrony Bank*

Jason Daniel Joffe
Jason.joffe@squirepb.com
Squire Patton Boggs (US) LLP
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
(305) 577-7000
(305) 577-7001 Fax
*Counsel for Equifax Information Services, LLC*

Maria H. Ruiz
mruiz@kasowitz.com
Kasowitz LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
(786) 587-1044
(305) 675-2601 Fax
*Counsel for Experian Information Solutions, Inc.*

*/s/ Sean Moloney*
**SEAN MOLONEY**

5

8554582.1