# EXHIBIT A-1

2-4-26
12pm

# COUNTY COURT, PINELLAS COUNTY, FLORIDA
## SMALL CLAIMS DIVISION

(727) 464-7000 - www.mypinellasclerk.org
### REF: 26-001313-SC - North

BRITTANIE LEA Vs. EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION SOLUTIONS INC,
SYNCHRONY BANK, TRANS UNION LLC

TO : DEFENDANT/DEFENDANT ATTORNEY
  TRANS UNION LLC
  C/O CORPORATION SERVICE COMPANY
  1201 HAYS STREET
  TALLAHASSEE, FL 32301

### SUMMONS/NOTICE TO APPEAR REMOTELY FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA :

NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

YOU ARE HEREBY NOTIFIED that you are required to appear via the Zoom platform on **Tuesday, March 10, 2026 at 3:15 PM.** for a PRE-TRIAL CONFERENCE before a judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003  or  1 470 250 9358 |

### Meeting ID: 932 7086 1145
**Instructions for Zoom hearings:**

- The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the designated time and wait to be admitted into the hearing.
- If you are using the video conferencing, be sure your profile name is your first and last name. If this is not your default, you will have the option to change it after you join the meeting.
- Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate attire is required of all participants. Participants should be in a quiet setting and minimize any external distractions.
- Mute your microphone when you are not required to speak.

### IMPORTANT - READ CAREFULLY
## THIS CASE WILL NOT BE TRIED AT THAT TIME.
## DO NOT BRING WITNESSES - APPEAR VIA ZOOM

The defendant(s) *must* appear via zoom on the date specified in order to avoid a default judgment. The Plaintiff(s) *must* appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendants(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference. The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pre-Trial Conference.

Small Claims Deft Pre-Trial Notice          Page 1 of 2

Upon service of this summons/notice, if you are unrepresented, please complete a Designation of E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court. This form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of Court.

The purpose of the pre-trial is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of the dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated at Clearwater, Florida on 03 February, 2026.

Small Claims Deft Pre-Trial Notice                Page 2 of 2

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Filing # 240612551 E-Filed 01/29/2026 05:51:17 PM

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS DIVISION

**BRITTANIE LEA,**

*Plaintiff,*

v.

**EQUIFAX INFORMATION
SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
SYNCHRONY BANK,** and
**TRANS UNION LLC,**

*Defendants.*

Case No.:

<u>**COMPLAINT AND DEMAND FOR JURY TRIAL**</u>

**COMES NOW** the Plaintiff, **BRITTANIE LEA** ("Ms. Lea") by and through her undersigned counsel, Seraph Legal, P.A., and complains of the Defendants, **EQUIFAX INFORMATION SERVICES, LLC** ("Equifax"), **EXPERIAN INFORMATION SOLUTIONS, INC.** ("Experian"), **SYNCHRONY BANK** ("Synchrony"), and **TRANS UNION LLC** ("Trans Union") (collectively, the "Defendants"), and in furtherance thereof states as follows:

<u>**PRELIMINARY STATEMENT**</u>

1.     This is an action for damages that do not exceed $8,000, exclusive of attorney's fees and costs brought by Ms. Lea against the Defendants for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

## JURISDICTION

2.    Subject matter jurisdiction for Plaintiff's claims arises under the FCRA, 15 U.S.C. § 1681p and § 34.01, Fla. Stat.

3.    The Defendants are subject to this Court's jurisdiction pursuant to § 48.193, Fla. Stat.

4.    Venue is proper in Pinellas County, Florida because the Defendants committed and/or caused the acts of which Ms. Lea complains in Pinellas County.

## PARTIES

### Ms. Lea

5.    Ms. Lea is a natural person over the age of 18 residing in the City of Clearwater, Pinellas County, Florida.

6.    Ms. Lea is a *Consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c).

### Equifax

7.    Equifax is a Georgia limited liability company with a principal business address of 1550 Peachtree St., NW, Atlanta, GA 30309.

8.    Equifax is registered to conduct business in the State of Florida, where its Florida registered agent is Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

9.    Equifax is a nationwide *Consumer Credit Reporting Agency* ("CRA") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate

commerce, specifically the mail and internet, for the purpose of preparing or furnishing consumer reports. As a CRA, Equifax is aware of its obligations under the FCRA.

### Experian

10.    Experian is an Ohio corporation, with a principal business address of 475 Anton Blvd., Costa Mesa CA 92626.

11.    Experian is registered to conduct business in the State of Florida, where its registered agent is CT Corporation System, 1200 South Pine Island Rd., Plantation, FL 33324.

12.    Experian is a nationwide CRA within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce, specifically the mail and internet, for the purpose of preparing or furnishing consumer reports. As a CRA, Experian is aware of its obligations under the FCRA.

### Synchrony

13.    Synchrony is a federal savings association and wholly owned subsidiary of Synchrony Financial.

14.    Synchrony's corporate headquarters are located at 170 Election Road, Suite 125, Draper, UT 84020.

### Trans Union

15.    Trans Union is a Delaware limited liability company, with a principal business address of 555 West Adams Street, Chicago, IL 60661.

16.    Trans Union is registered to conduct business in the State of Florida, where its registered agent is Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

17.    Trans Union is a nationwide CRA within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce, specifically the mail and internet, for the purpose of preparing or furnishing consumer reports. As a CRA, Trans Union is aware of its obligations under the FCRA.

## FACTUAL ALLEGATIONS

### The Account

18.    In March of 2023, Ms. Lea sought financing for dental procedures.

19.    While at her dentist's office, Ms. Lea opened a CareCredit Account issued through Synchrony to finance the costs of her dental work (the "Account").

20.    CareCredit accounts are designated for use exclusively at approved medical providers, including dentists, primary care physicians, hospitals, optometrists, and cosmetic surgeons.

21.    CareCredit accounts do not authorize transactions from non-medical providers.

22.    By September 9, 2025, Synchrony claimed that Ms. Lea owed a balance of $2,158 for her use of the Account and that $200 of that balance was past due.

23.    Dental procedures are considered medical procedures.

24.    Pursuant to the FCRA, the term "medical information" means "information or data, whether oral or recorded, in any form or medium, created by or derived from a health care provider

or the consumer, that relates to … the provision of health care to an individual." *See* 15 USC 1681a(i)(1)(B).

25.     As the full amount of the Account's purported balance related to charges concerning the provision of health care to Ms. Lea, the balance constitutes "medical information" under the FCRA.

26.     Consistent with other major nationwide CRAs, Equifax, Experian, and Trans Union each requires data furnishers like Synchrony to submit a "creditor classification code" ("CCC") that specifies the type of transaction being reported.

27.     The Metro 2® reporting language, a common language that major nationwide CRAs utilize to create uniform reporting standards, contains a total of 15 different CCCs.

28.     A CCC of "02" signifies "medical/health care," while a CCC of "08" denotes "banking."

29.     CRAs redact accounts that data furnishers designate with the "02" CCC in the reports the CRAs provide to third parties.

30.     If a consumer applies for a mortgage guaranteed through the Federal Housing Administration ("FHA") or other government agency, accounts with the "02" CCC are excluded from the consumer's debt-to-income ratios.

31.     Most commercial credit scoring models, such as FICO® and Vantage®, give less negative weight to adverse information with a "02" Consumer Credit Code than those with other CCCs.

32.     Since July 1, 2022, major CRAs also remove paid negative tradelines from a consumer's credit history if the CCC is "02," so that previously unpaid medical debts no longer unfairly impact consumers once settled.

Page **5** of **16**

## Ms. Lea Disputes the Tradelines

33.    In or around March of 2023, Synchrony began reporting the Account to the CRAs a non-medical debt.

34.    When it reported the Account to the CRAs, Synchrony was aware of the nature of the underlying debt, as it possessed the original account statements.

35.    On or about October 21, 2025, Ms. Lea submitted disputes regarding the Account to Equifax, Experian, and Trans Union in which she stated the Account consisted of medical debt. **SEE PLAINTIFF'S COMPOSITE EXHIBIT A**.

36.    Equifax, Experian, and Trans Union each sent Synchrony an Automated Consumer Dispute Verification ("ACDV") request through a system known as e-OSCAR, and asked Synchrony to conduct a reasonable investigation into the dispute pursuant to the FCRA.

37.    When responding to an ACDV via e-OSCAR, the individual submitting the response must sign electronically and certify that he or she has "verified the accuracy of the data in compliance with all legal requirements" and that the "computer and/or manual records will be adjusted to reflect the changes noted."

38.    Synchrony responded to each ACDV request by confirming its tradeline was accurate.

39.    Following Synchrony's verification of the Account as accurate, Ms. Lea submitted additional disputes to Equifax on or about November 6, 2025, and to Experian and Trans Union on or about October 24, 2025. **SEE PLAINTIFF'S COMPOSITE EXHIBIT B**.

40.    She included copies of the invoices from her dentist with the disputes as further proof the charges were medical in nature. **SEE PLAINTIFF'S EXHIBIT C**.

41.    Once again, Synchrony responded to the ACDV request from each bureau by confirming its tradeline as accurate.

42.    Ms. Lea submitted a third dispute to each bureau on or about November 13, 2025 and again included copies of the same invoices from her dentist, in addition to a copy of the CareCredit Homepage in PDF format. **SEE PLAINTIFF'S COMPOSITE EXHIBIT D**.

43.    Yet again, Synchrony responded to each ACDV request by confirming its tradeline was accurate.

44.    If a data furnisher like Synchrony confirms disputed information as accurate, "the question of whether the furnisher behaved reasonably will turn on whether the furnisher acquired sufficient evidence to support the conclusion that the information was true." *Hinkle v. Midland Credit Management, Inc.* (11th Cir.) 827 F.3d 1295 (2016).

45.    The standard for judging the reasonableness of procedures "is what a reasonably prudent person would do under the circumstances." *Stewart v. Credit Bureau, Inc.,* 734 F.2d 47, 51 (D.C. Cir. 1984).

46.    Synchrony is a large bank that receives thousands of ACDVs each month.

47.    Upon information and belief, Synchrony directs its employees to quickly compare the information from the requesting CRA's file against its own internal records to minimize costs when responding to ACDVs and does not authorize its employees to make an investigation beyond that de minimis comparison.

48.    Thus, if a consumer disputes specific data such as an incorrect CCC, Synchrony employees will still mark this information as "accurate" because it matches Synchrony's flawed records, and these employees lack the training and authority to investigate such claims properly.

49.    Synchrony performed no objective, reasonable investigation, as any reasonable investigation would have revealed that Synchrony should have reported the Account with a CCC of "02" meaning "medical/health care."

50.    As the date of this filing, the Account has not been updated to reflect that the balance was medical in nature.

### Equifax, Experian & Trans Union's Investigations Were Unreasonable

51.    Equifax, Experian, and Trans Union have each provided reports about Ms. Lea to third parties that included the CareCredit tradeline Synchrony incorrectly reported as non-medical debt.

52.    The FCRA requires CRAs to conduct their own investigations into disputes from consumers. *See* 15 U.S.C. § 1681i(a)(1)(A).

53.    Upon information and belief, Equifax, Experian, and Trans Union solely relied upon Synchrony's responses to the disputes rather than conduct their own investigations and review the records Ms. Lea provided them.

54.    Equifax, Experian, and Trans Union each determined that Synchrony's electronic verification of the tradeline, which only requires a few clicks using a computer mouse, was more persuasive evidence than the documents Ms. Lea proffered despite her version of events being more probable.

55.    Even a cursory review of the CareCredit website quickly reveals the product is a medical-only charge card.

56.    Upon receipt of the ACDV responses, Equifax, Experian, and Trans Union each utilized an automated system which made rudimentary checks of tradeline data between what

Synchrony had reported and the data contained in their own files on Ms. Lea, *e.g.*, her name, address, date of birth, and Social Security number.

57.    Such automated processes will not do anything to correct medical payment data reported as non-medical.

58.    For at least the last 40 years, courts in this district have recognized that a CRA cannot rely solely upon its data furnisher when the consumer disputes the accuracy of the furnisher's version of events. *See Swoager v. Credit Bureau of Greater St. Petersburg*, 608 F. Supp. 972 (M.D.Fla.1985) ("Merely reporting whatever information the creditor furnished was not reasonable, especially where the defendant knew of the impending dispute between the [consumer] and [data furnisher].").

59.    Ms. Lea experienced lost time and stress while seeking legal help to correct the misreported debt, despite multiple attempts to resolve it herself.

60.    Ms. Lea's credit scores were impaired and she was denied credit for which she would otherwise qualify due to the Defendants' reporting of the Account as non-medical debt.

61.    Ms. Lea has hired the undersigned law firm to represent her in this matter and has assigned it her right to fees and costs.

**COUNT I**
**SYNCHRONY'S WILLFUL VIOLATIONS OF 15 U.S.C. § 1681s-2(b)**

62.    Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully stated herein.

63.    Upon receipt of notice regarding Ms. Lea's dispute of its tradeline from Equifax, Experian, and Trans Union, Synchrony failed to perform a reasonable investigation on at least three separate occasions.

64.    Any reasonable investigation would have confirmed the Account consisted of debt that was entirely medical in nature and warranted a CCC classification of "02."

65.    Synchrony's actions were either willful and intentional or, alternatively, it acted with reckless disregard for its duties under the FCRA to perform reasonable investigations upon receipt of a dispute.

66.    It was reasonably foreseeable that Synchrony's actions and policies would harm Ms. Lea.

67.    As a result of Synchrony's conduct, Ms. Lea's credit reports are inaccurate, and her credit scores have been negatively impacted.

**WHEREFORE**, Ms. Lea respectfully requests this Honorable Court enter judgment against Synchrony for:

a.    The greater of Ms. Lea's actual damages and statutory damages of $1,000 per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.    Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c.    Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and,

d.    Such other relief this Court deems just and proper.

### COUNT II
### SYNCHRONY'S NEGLIGENT VIOLATIONS OF 15 U.S.C. § 1681s-2(b)
#### (Pled in the Alternative to Count I)

68.    Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully stated herein and pled strictly in the alternative to Count I.

69.    Upon receipt of notice regarding Ms. Lea's dispute of its tradeline from Equifax, Experian, and Trans Union, Synchrony negligently failed to perform a reasonable investigation on at least three separate occasions.

70.    Any reasonable investigation would have confirmed the Account consisted of debt that was entirely medical in nature and warranted a CCC classification of "02."

71.     As a result of Synchrony's negligent conduct, Ms. Lea's credit reports are inaccurate, and her credit scores have been negatively impacted.

**WHEREFORE**, Ms. Lea respectfully requests this Honorable Court enter judgment against Synchrony for:

    a.    Ms. Lea's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

    b.    Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

    c.    Such other relief this Court deems just and proper.

**COUNT III**
**EQUIFAX'S WILLFUL VIOLATIONS OF 15 U.S.C. § 1681i(a)(1)(A)**

72.     Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully restated herein.

73.     Upon receipt of Ms. Lea's disputes of the Synchrony tradeline, Equifax failed to perform a reasonable investigation on at least three separate occasions.

74.     Any reasonable investigation would have confirmed the Account consisted of medical debt.

75.     Equifax's conduct was either willful and intentional, or, alternatively, Equifax acted with reckless disregard for its duties to investigate consumer disputes under the FCRA.

76.     As a result of Equifax's failure to conduct reasonable investigations regarding Ms. Lea's dispute of the Synchrony tradeline, Ms. Lea's Equifax report is inaccurate, and her credit scores were negatively impacted.

**WHEREFORE**, Ms. Lea respectfully requests this Honorable Court enter judgment against Equifax for:

    a.    The greater of Ms. Lea's actual damages and statutory damages of $1,000 per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A);

    b.    Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

Page **11** of **16**

c.  Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and,

d.  Such other relief this Court deems just and proper.

## COUNT IV
## EQUIFAX'S NEGLIGENT VIOLATIONS OF 15 U.S.C. § 1681i(a)(1)(A)
### (Pled in the Alternative to Count III)

77.  Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully restated herein and strictly pled in the alternative to Count III.

78.  Upon receipt of Ms. Lea's disputes of the Synchrony tradeline, Equifax negligently failed to perform a reasonable investigation on at least three separate occasions.

79.  Any reasonable investigation would have confirmed the Account consisted of medical debt.

80.  As a result of Equifax's negligent failure to conduct reasonable investigations regarding Ms. Lea's dispute of the Synchrony tradeline, Ms. Lea's Equifax report is inaccurate, and her credit scores were negatively impacted.

**WHEREFORE,** Ms. Lea respectfully requests this Honorable Court enter judgment against Equifax for:

a.  Ms. Lea's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.  Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

c.  Such other relief this Court deems just and proper.

## COUNT V
## EXPERIAN'S WILLFUL VIOLATIONS OF 15 U.S.C. § 1681i(a)(1)(A)

81.  Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully restated herein.

82.  Upon receipt of Ms. Lea's disputes of the Synchrony tradeline, Experian failed to perform a reasonable investigation on at least three separate occasions.

83.    Any reasonable investigation would have confirmed the Account consisted of medical debt.

84.    Experian's conduct was either willful and intentional, or, alternatively, Experian acted with reckless disregard for its duties to investigate consumer disputes under the FCRA.

85.    As a result of Experian's failure to conduct reasonable investigations regarding Ms. Lea's dispute of the Synchrony tradeline, Ms. Lea's Experian report is inaccurate, and her credit scores were negatively impacted.

**WHEREFORE**, Ms. Lea respectfully requests this Honorable Court enter judgment against Experian for:

a.    The greater of Ms. Lea's actual damages and statutory damages of $1,000 per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.    Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c.    Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and,

d.    Such other relief this Court deems just and proper.

## COUNT VI
## EXPERIAN'S NEGLIGENT VIOLATIONS OF 15 U.S.C. § 1681i(a)(1)(A)
### (Pled in the Alternative to Count V)

86.    Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully restated herein and strictly pled in the alternative to Count V.

87.    Upon receipt of Ms. Lea's disputes of the Synchrony tradeline, Experian negligently failed to perform a reasonable investigation on at least three separate occasions.

88.    Any reasonable investigation would have confirmed the Account consisted of medical debt.

89.    As a result of Experian's negligent failure to conduct reasonable investigations regarding Ms. Lea's dispute of the Synchrony tradeline, Ms. Lea's Experian report is inaccurate, and her credit scores were negatively impacted.

**WHEREFORE**, Ms. Lea respectfully requests this Honorable Court enter judgment against Experian for:

    a.    Ms. Lea's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

    b.    Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

    c.    Such other relief this Court deems just and proper.

**COUNT VII**
**TRANS UNION'S WILLFUL VIOLATIONS OF 15 U.S.C. § 1681i(a)(1)(A)**

90.    Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully restated herein.

91.    Upon receipt of Ms. Lea's disputes of the Synchrony tradeline, Trans Union failed to perform a reasonable investigation on at least three separate occasions.

92.    Any reasonable investigation would have confirmed the Account consisted of medical debt.

93.    Trans Union's conduct was either willful and intentional, or, alternatively, Trans Union acted with reckless disregard for its duties to investigate consumer disputes under the FCRA.

94.    As a result of Trans Union's failure to conduct reasonable investigations regarding Ms. Lea's dispute of the Synchrony tradeline, Ms. Lea's Trans Union report is inaccurate, and her credit scores were negatively impacted.

**WHEREFORE**, Ms. Lea respectfully requests this Honorable Court enter judgment against Trans Union for:

a.  The greater of Ms. Lea's actual damages and statutory damages of $1,000 per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.  Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c.  Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and,

d.  Such other relief this Court deems just and proper.

**COUNT VIII**
**TRANS UNION'S NEGLIGENT VIOLATIONS 15 U.S.C. § 1681i(a)(1)(A)**
**(Pled in the Alternative to Count VII)**

95.  Ms. Lea adopts and incorporates Paragraphs 1 – 61 as if fully restated herein and strictly pled in the alternative to Count VII.

96.  Upon receipt of Ms. Lea's disputes of the Synchrony tradeline, Trans Union negligently failed to perform a reasonable investigation on at least three separate occasions.

97.  Any reasonable investigation would have confirmed the Account consisted of medical debt.

98.  As a result of Trans Union's negligent failure to conduct reasonable investigations regarding Ms. Lea's dispute of the Synchrony tradeline, Ms. Lea's Trans Union report is inaccurate, and her credit scores were negatively impacted.

**WHEREFORE**, Ms. Lea respectfully requests this Honorable Court enter judgment against Trans Union for:

a.  Ms. Lea's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.  Reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

c.  Such other relief this Court deems just and proper.

**JURY TRIAL DEMANDED**

Ms. Lea hereby demands a jury trial on all issues so triable.

Page 15 of 16

Respectfully submitted on January 29, 2026, by:

SERAPH LEGAL, P. A.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213
MRosenberg@SeraphLegal.com
3505 East Frontage Road, Suite 145
Tampa, FL 33607
Tel: 813-567-1230 (Ext: 404)
Fax: 855-500-0705
*Counsel for Plaintiff*

# COMPOSITE
# EXHIBIT A

# COMPOSITE EXHIBIT A



**my**Equifax™

Review your dispute information below. You can edit it if needed, and add an optional comment.

If you want to dispute information in another section of your credit report, click DISPUTE SOMETHING ELSE.* When finished, click SUBMIT DISPUTE.

*Note that if you are inactive for 15 minutes when disputing additional information, you will lose any progress you have made on the information you are currently disputing.*

**Credit Account - Closed Revolving**
**SYNCB/CARE CREDIT**

**Issue type**
Last reported account status and account information

**Issue**
The status, payment history, or payment rating on this account is not correct.

**Dispute comments**
This is a medical debt. CareCredit is a medical only charge account, and this account was specifically used for dental work and nothing else. Please update or delete as soon as possible.

**Supporting documents**
You have not uploaded any documents

Edit  Delete



DISPUTE SOMETHING ELSE

SUBMIT DISPUTE

Back

Cancel dispute



Privacy Policy   Terms of Use   Ad Choices

Equifax Consumer Services LLC
Licenses and Disclosures

**EFX**

Copyright 2025 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are
trademarks of Equifax Inc. Other product and company
names mentioned herein are the property of their
respective owners.

*powering the world with knowledge*

# COMPOSITE EXHIBIT A

Dispute Center | myEquifax



## You have successfully submitted your dispute.

**Item disputed**
SYNCB/CARE CREDIT

**Issue type**
Last reported account status and account information

**Issue**
The status, payment history, or payment rating on this account is not correct.

**Confirmation #**
5294528956

## Next steps

- Equifax will investigate your dispute. Within 30 days, we will notify you with the outcome. Depending on the outcome, you may see updates in your Equifax report?
- Visit the Dispute Center to check the status of your dispute at any time.
- To provide additional supporting documents, send them to Equifax and include a copy of this page.
- If you are submitting an ID Theft Block Request, to meet FCRA guidelines, an ID Theft Block Request will be treated as and referred to as a separate Dispute. You will receive email communications for each unique confirmation number in this Dispute. **If your ID Theft Block Request is rejected, you will receive a letter via US Mail notifying you of the rejection.**

**Equifax Information Service LLC**
P.O. Box 740256
Atlanta, GA 30374

## Dispute with other credit bureaus

If you need to dispute the same information on your TransUnion and/or Experian credit reports, contact them directly:

**TransUnion**

P.O. Box 2000
Chester, PA 19016
Phone: 888-909-8872
Transunion.com

**Experian**

P.O. Box 4500
Allen, TX 75013
Phone: 888-397-3742
Experian.com

# COMPOSITE EXHIBIT A

Dispute Center | myEquifax

# COMPOSITE EXHIBIT A

Experian - Dispute Cart

https://www.experian.com/ncaconline/dispute?intcmp=dispute_app_sta...



## Review your request

Common questions

Congratulations! The below item(s) were submitted successfully! If this is your final request, we recommend that you print your Full Report or save it to another file before ending your session. When we complete the processing of your dispute(s), which may take up to 30 days (or up to 45 days for a dispute of information in a free annual credit report), we will send you the results.

More about dispute process (?)   More about statements (?)

**1 item(s) successfully submitted**

**Account name**
SYNCB/CARE CREDIT

PO BOX 71757
PHILADELPHIA, PA 19176
8663968254

**Address identification number**
0078058923

**Account number**
[redacted]

**Recent balance**
$2,158 as of 09/02/2025

**Status**
Closed, $200 past due as of Sep 2025.

**Date opened**
03/30/2023

**Details**
*Other reason*

**Additional information**
*This is a medical debt. CareCredit is a medical only charge account, and this account was specifically used for dental work and nothing else. Please update or delete as soon as possible.*

[ Back to credit report ]   [ Notify companies ]

© Experian 2025. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.
View Experian's Privacy Policy

1 of 1

10/21/2025, 9:06 AM

# COMPOSITE EXHIBIT A

10/21/25, 8:53 AM

Review or Submit Dispute | TransUnion Online Service Center



### ⓘ Need to add another item to your dispute?

If you want to dispute additional item(s), use the "Add" button below to add to your dispute request. Once you've selected all the items you'd like to dispute, you'll be able to review your entire dispute request on this page before you submit it.



The items you've added to this dispute request are listed below, but you have not submitted your dispute yet! Please review your requested updates for accuracy before you submit your dispute.

---

## 🏛 Accounts

Item:
SYNCB/CARE CREDIT ▓▓▓▓▓▓

Reasons:
Other, provide details

Additional comments:
This is a medical debt. CareCredit is a medical only charge account, and this account was specifically used for dental work and nothing else. Please update or delete as soon as possible

| ADD ANOTHER ITEM |
|---|





# COMPOSITE EXHIBIT B

# COMPOSITE EXHIBIT B

Dispute Center | myEquifax

11/6/25, 8:45 AM



**Review your dispute**

Review your dispute information below. You can edit if needed, and add an optional comment.

If you want to dispute information in another section of your credit report, click DISPUTE SOMETHING ELSE.* When finished, click SUBMIT DISPUTE.

*Note that if you are inactive for 15 minutes when disputing additional information, you will lose any progress you have made on the information you are currently disputing.

**Credit Account - Closed Revolving**
**SYNCB/CARE CREDIT**


**Issue type**
Last reported account status and account information

**Issue**
The comment from the lender/creditor is not correct.

**Dispute comments**
This is a medical debt. CareCredit is a medical only charge account, and this account was specifically used for dental work and nothing else. Please update or delete as soon as possible.

**Supporting documents**

PDF  Brittanie Lea CareCredit DR Sales Drafts.pdf
View

Edit   Delete


DISPUTE SOMETHING ELSE


SUBMIT DISPUTE

Back

Cancel dispute

Privacy Policy   Terms of Use   Ad Choices

Equifax Consumer Services LLC.
Licenses and Disclosures

EFX

Copyright 2025 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

# COMPOSITE EXHIBIT B

Dispute Center | myEquifax

**my**Equifax

# COMPOSITE EXHIBIT B



## You have successfully submitted your dispute.

**Item disputed**
SYNCB/CARE CREDIT

**Issue type**
Last reported account status and account information

**Issue**
The comment from the lender/creditor is not correct.

**Confirmation #**
5310532687

## Next steps

- Equifax will investigate your dispute. Within 30 days, we will notify you with the outcome. Depending on the outcome, you may see updates in your Equifax report?
- Visit the Dispute Center to check the status of your dispute at any time.
- To provide additional supporting documents, send them to Equifax and include a copy of this page.
- If you are submitting an ID Theft Block Request, to meet FCRA guidelines, an ID Theft Block Request will be treated as and referred to as a separate Dispute. You will receive email communications for each unique confirmation number in this Dispute. **If your ID Theft Block Request is rejected, you will receive a letter via US Mail notifying you of the rejection.**

**Equifax Information Service LLC**
P.O. Box 740256
Atlanta, GA 30374

## Dispute with other credit bureaus

If you need to dispute the same information on your TransUnion and/or Experian credit reports, contact them directly:

**TransUnion**

P.O. Box 2000
Chester, PA 19016
Phone: 888-909-8872
Transunion.com

**Experian**

P.O. Box 4500
Allen, TX 75013
Phone: 888-397-3742
Experian.com

# COMPOSITE EXHIBIT B

11/6/25, 8:46 AM

Dispute Center | myEquifax

# COMPOSITE EXHIBIT B

10/24/25, 11:46 AM                    Experian - Personal Information





 
Start


Upload


Confirm

## File Upload

\* = required

Important Note: Please use the tell us more section to provide additional details regarding your request.

Security Freeze requests should not be submitted using this platform. To request a security freeze online, visit Experian.com/freeze.

The secure document upload service is used to provide additional documentation to support your pending request. For further instructions go to Experian's Document Upload Service. Initial dispute requests should not be submitted using this platform. To submit a dispute online, visit Experian.com/disputes.

Select reason for submitting documents \*
Other

Tell us more \*
You have 796 characters left

This is a medical debt. This account was used for dental medical reasons only. Please contact Crossland Dental phn 727-791-9393 with any questions. Please update or delete this account as soon as possible

Check below if you are blind, or visually impaired, within the meaning of the American Disabilities Act and can provide proof upon request, indicating that you are eligible to receive your credit report, score report, or your Reinvestigation results in an alternative format such as Braille, Large Print, or Audio CD.

☐ Braille    ☐ Large Print    ☐ Audio CD

\*Please select at least one document to upload. You may upload up to five documents totaling 15 megabytes. Accepted document formats are PDF, JPG, PNG, GIF and TIFF or TIF.

Document 1
| Choose File | Brittanie Le...les Drafts.pdf |

Document 2
| Choose File | No file chosen |

Document 3
| Choose File | No file chosen |

Document 4
| Choose File | No file chosen |

Document 5
| Choose File | No file chosen |


CONTINUE

# COMPOSITE EXHIBIT B

Experian - Personal Information



©Experian 2025 All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

# COMPOSITE EXHIBIT B

Experian - Personal Information

10/24/25, 11:46 AM

Security | Privacy



 Start     Upload     Confirm

 Step3

## Confirmation

Reason for submitting documents: **Other**

Tell us more:

**This is a medical debt. This account was used for dental medical reasons only. Please contact Crossland Dental phn 727 791 9393 with any questions. Please update or delete this account as soon as possible**

Document 1: **Brittanie Lea CareCredit DR Sales Drafts.pdf**
Document 2:
Document 3:
Document 4:
Document 5:

● Yes, this information is correct.
○ No, I need to change this information.
○ No, I need to cancel this request.

 SUBMIT

©Experian 2025 All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

# COMPOSITE EXHIBIT B

Experian – Personal Credit Report



**Personal Credit Report**



Your document upload was successful! If your uploaded document is in support of a dispute, it will be sent to the appropriate data furnisher. Once we have received a response from the data furnisher (if applicable), you will be notified of the results. Documents uploaded on weekends or holidays will be considered received by Experian on the next business day.

[ Exit>> ]

©Experian 2025 All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

**COMPOSITE EXHIBIT B**

10/24/25, 11:24 AM                    Review or Submit Dispute | TransUnion Online Service Center



ⓘ  Need to add another item to your dispute?

If you want to dispute additional item(s), use the "Add" button below to add to your dispute request. Once you've selected all the items you'd like to dispute, you'll be able to review your entire dispute request on this page before you submit it.



The items you've added to this dispute request are listed below, but you have not submitted your dispute yet! Please review your requested updates for accuracy before you submit your dispute.

🏛 Accounts

**Item:**
SYNCB/CARE CREDIT ▮▮▮▮▮▮▮▮                                        ☑  ✕    Feedback

**Reasons:**
Other, provide details

**Additional comments:**
This is a medical debt. This account was used for dental medical reasons ONLY.  Please contact Crossland
Dental 727 791 9393 with any questions.  Please update or delete as soon as possible.

Supporting Document
File Size
Document Type

**Supporting Document:**
Brittanie Lea CareCredit DR Sales Drafts.pdf                        ☑  ✕

**File Size:**
1.95 MB

**Document Type:**
Other relevant documentation

| ADD ANOTHER ITEM |
|---|

SUBMIT DISPUTE
Chat Now

# COMPOSITE EXHIBIT B

Review or Submit Dispute | TransUnion Online Service Center

# EXHIBIT C

## EXHIBIT C

| ⚓ **Care**Credit® | **SALES DRAFT** |
|---|---|

| **Provider Copy** | |
|---|---|
| Richard D. Crossland D.M.D.<br>3001 Enterprise Road East<br>Clearwater, FL 33759 | 3/30/2023 10:30 AM |

| CareCredit Account Number: | |
|---|---|
| Transaction Code: | |
| Total: | |
| Authorization Code: | |
| AVS Code: | |
| Transaction ID: | |

| Promotion Terms |
|---|
| **No Interest if Paid in Full Within Promotional Period (Statement may describe this promotion as "Deferred Interest/No Interest if Paid in Full").** |
| No Interest Charges will be assessed if the promotional purchase is paid in full within the promotion period, which is in 6 months. If the promotional purchase is not paid in full by the end of this promo period, interest will be imposed from the date of purchase at the Annual Percentage Rate of 26.99% . If the word variable appears in the previous sentence, that APR will vary with the market based on the prime rate. This means to avoid paying interest on the promotional purchase, you must pay the entire amount of the promotional purchase before the end of the promo period. Minimum monthly payments are required. Making only the minimum payments required by your monthly statement may or may not pay off the promotional purchase within the promo period. If you would like to estimate a monthly payment amount that would pay off the full amount of the promotional purchase within the promo period, divide your promotional purchase amount by the number of months in the promo period or visit www.carecredit.com/payment_calculator. This estimated monthly payment amount assumes the promotional purchase is the only balance on your account during the entire promo period and you make each payment when due. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase. |

| SIGN X _(signature)_ | |
|---|---|
| | Brittanie Lea |

| Office Instructions: | Give cardholder their copy and retain this merchant copy for practice records. |
|---|---|

## EXHIBIT C

### Crossland Dental
3001 Enterprise Road East
Clearwater, FL 33759
(727)791-9393

October 15, 2025

Brittanie Lea

ID: 13132



| Date | Patient | Provider | Transaction | Tth | Surface | Fee |
|------|---------|----------|-------------|-----|---------|-----|
|  | Brittanie |  |  |  |  |  |
|  | Brittanie |  |  |  |  |  |
|  | Brittanie |  |  |  |  |  |
|  | Brittanie |  |  |  |  |  |
|  | Brittanie |  |  |  |  |  |

| Contract Balance | Estimated Insurance | Previous Balance | Charge(s) | Payment(s) | Adjustment(s) | Balance Due Now |
|------------------|---------------------|------------------|-----------|------------|---------------|-----------------|
|  |  |  |  |  |  |  |

ELYSSA MOURANY DDS     LICENSE NO: DN28183  TAX ID: 65-0665173   NPI: 1053040873

Current Dental Terminology (CDT)          © American Dental Association (ADA). All rights reserved.

# EXHIBIT C



| CareCredit® | SALES DRAFT |
|---|---|

### Customer Copy

Richard D. Crossland D.M.D.
3001 Enterprise Road East
Clearwater, FL 33759

8/23/2023 9:18 AM

| CareCredit Account Number: | |
|---|---|
| Transaction Code: | |
| Total: | |
| Authorization Code: | |
| AVS Code: | |
| Transaction ID: | |

**Promotion Terms**

**No Interest if Paid in Full Within Promotional Period (Statement may describe this promotion as "Deferred Interest/No Interest if Paid in Full").**

No Interest Charges will be assessed if the promotional purchase is paid in full within the promotion period, which is in 6 months. If the promotional purchase is not paid in full by the end of this promo period, interest will be imposed from the date of purchase at the Annual Percentage Rate of 26.99% . If the word variable appears in the previous sentence, that APR will vary with the market based on the prime rate. This means to avoid paying interest on the promotional purchase, you must pay the entire amount of the promotional purchase before the end of the promo period. Minimum monthly payments are required. Making only the minimum payments required by your monthly statement may or may not pay off the promotional purchase within the promo period. If you would like to estimate a monthly payment amount that would pay off the full amount of the promotional purchase within the promo period, divide your promotional purchase amount by the number of months in the promo period or visit www.carecredit.com/payment_calculator. This estimated monthly payment amount assumes the promotional purchase is the only balance on your account during the entire promo period and you make each payment when due. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

## EXHIBIT C



# EXHIBIT C



| CareCredit | SALES DRAFT |
|---|---|

### Provider Copy

| | |
|---|---|
| Richard D. Crossland D.M.D.<br>3001 Enterprise Road East<br>Clearwater, FL 33759 | 8/23/2023 9:17 AM |

| | |
|---|---|
| CareCredit Account Number: | |
| Transaction Code: | |
| Total: | |
| Authorization Code: | |
| AVS Code: | |
| Transaction ID: | |

## Promotion Terms

**No Interest if Paid in Full Within Promotional Period (Statement may describe this promotion as "Deferred Interest/No Interest if Paid in Full").**

No Interest Charges will be assessed if the promotional purchase is paid in full within the promotion period, which is in 6 months. If the promotional purchase is not paid in full by the end of this promo period, interest will be imposed from the date of purchase at the Annual Percentage Rate of 26.99% . If the word variable appears in the previous sentence, that APR will vary with the market based on the prime rate. This means to avoid paying interest on the promotional purchase, you must pay the entire amount of the promotional purchase before the end of the promo period. Minimum monthly payments are required. Making only the minimum payments required by your monthly statement may or may not pay off the promotional purchase within the promo period. If you would like to estimate a monthly payment amount that would pay off the full amount of the promotional purchase within the promo period, divide your promotional purchase amount by the number of months in the promo period or visit www.carecredit.com/payment_calculator. This estimated monthly payment amount assumes the promotional purchase is the only balance on your account during the entire promo period and you make each payment when due. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

| SIGN X | |
|---|---|
| | Brittanie Lea |

| Office Instructions: | Give cardholder their copy and retain this merchant copy for practice records. |
|---|---|

# EXHIBIT C

**Crossland Dental**
3001 Enterprise Road East
Clearwater, FL 33759
(727)791-9393

October 15, 2025

Brittanie Lea

ID:

| Date | Patient | Provider | Transaction | Tth | Surface | Fee |
|---|---|---|---|---|---|---|
| | Brittanie | | | | | |
| | Brittanie | | | | | |
| | Brittanie | | | | | |

| Contract Balance | Estimated Insurance | Previous Balance | Charge(s) | Payment(s) | Adjustment(s) | Balance Due Now |
|---|---|---|---|---|---|---|

ELYSSA MOURANY DDS    LICENSE NO: DN28183  TAX ID: 65-0665173   NPI: 1053040873

Page 1 of 1

Current Dental Terminology (CDT)    © American Dental Association (ADA). All rights reserved.

# EXHIBIT D

# COMPOSITE EXHIBIT D

Dispute Center | myEquifax

11/13/25, 11:12 AM



## Review your dispute

Review your dispute information below. You can edit if needed, and add an optional comment.

If you want to dispute information in another section of your credit report, click DISPUTE SOMETHING ELSE.* When finished, click SUBMIT DISPUTE.

*Note that if you are inactive for 15 minutes when disputing additional information, you will lose any progress you have made on the information you are currently disputing.

**Credit Account - Closed Revolving**
**SYNCB/CARE CREDIT**

**Issue type**
Last reported account status and account information

**Issue**
The status, payment history, or payment rating on this account is not correct.

**Dispute comments**
This is a medical debt. CareCredit is a medical only charge account, and this account was specifically used for dental work and nothing else. See CareCredit.com which says "Get care today. Pay over time. Please update or delete as soon as possible.

**Supporting documents**

CareCredit Homepage.pdf
View

Brittanie Lea CareCredit DR Sales Drafts.pdf
View

Edit   Delete



DISPUTE SOMETHING ELSE

SUBMIT DISPUTE

Back

Cancel dispute



Privacy Policy    Terms of Use    Ad Choices

Equifax Consumer Services LLC.
Licenses and Disclosures

EFX

# COMPOSITE EXHIBIT D

Dispute Center | myEquifax

**my**Equifax™

6



# COMPOSITE EXHIBIT D

11/13/25, 11:14 AM                                    Dispute Center | myEquifax



## You have successfully submitted your dispute.

**Item disputed**
SYNCB/CARE CREDIT

**Issue type**
Last reported account status and account information

**Issue**
The status, payment history, or payment rating on this account is not correct.

**Confirmation #**
5317546051

## Next steps

- Equifax will investigate your dispute. Within 30 days, we will notify you with the outcome. Depending on the outcome, you may see updates in your Equifax report[2]
- Visit the Dispute Center to check the status of your dispute at any time.
- To provide additional supporting documents, send them to Equifax and include a copy of this page.
- If you are submitting an ID Theft Block Request, to meet FCRA guidelines, an ID Theft Block Request will be treated as and referred to as a separate Dispute. You will receive email communications for each unique confirmation number in this Dispute. **If your ID Theft Block Request is rejected, you will receive a letter via US Mail notifying you of the rejection.**

**Equifax Information Service LLC**
P.O. Box 740256
Atlanta, GA 30374

## Dispute with other credit bureaus

If you need to dispute the same information on your TransUnion and/or Experian credit reports, contact them directly:

**TransUnion**

P.O. Box 2000
Chester, PA 19016
Phone: 888-909-8872
Transunion.com

**Experian**

P.O. Box 4500
Allen, TX 75013
Phone: 888-397-3742
Experian.com

# COMPOSITE EXHIBIT D

Dispute Center | myEquifax

# COMPOSITE EXHIBIT D

Experian - Personal Information

Security | Privacy



  

Start          Upload          Confirm



## Confirmation

Reason for submitting documents:
**Supporting Documentation for My Dispute**

Tell us more:
**This is a medical debt. Care Credit is a medical only charge account and this was used for dental work and nothing more. See carecredit.com which says &quot;Get Care Today. Pay Over Time&quot;. Please update or delete this**

Document 1: **Brittanie Lea CareCredit DR Sales Drafts.pdf**
Document 2: **CareCredit Homepage.pdf**
Document 3:
Document 4:
Document 5:

◉ Yes, this information is correct.
○ No, I need to change this information.
○ No, I need to cancel this request.



©Experian 2025 All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

# COMPOSITE EXHIBIT D

Review or Submit Dispute | TransUnion Online Service Center                    https://service.transunion.com/dss/disputeSummary.page



(i)  ## Need to add another item to your dispute?

If you want to dispute additional item(s), use the "Add" button below to add to your dispute request. Once you've selected all the items you'd like to dispute, you'll be able to review your entire dispute request on this page before you submit it.

**ADD ANOTHER ITEM**

The items you've added to this dispute request are listed below, but you have not submitted your dispute yet! Please review your requested updates for accuracy before you submit your dispute.



## 🏛 Accounts

**Item:**
SYNCB/CARE CREDIT ███████

**Reasons:**
Other, provide details

**Additional comments:**
CareCredit is a medical only charge account, and this account was specifically used for dental work and nothing else. See CareCredit.com which says  Get care today. Pay over time. Please update or delete this.

**Supporting Document**
**File Size**
**Document Type**

**Supporting Document:**
CareCredit Homepage.pdf

**File Size:**
413.1 KB

**Document Type:**

# COMPOSITE EXHIBIT D

Review or Submit Dispute | TransUnion Online Service Center                    https://service.transunion.com/dss/disputeSummary.page

Other relevant documentation

Supporting Document:
Brittanie Lea CareCredit DR Sales Drafts.pdf

File Size:
1.95 MB

Document Type:
Other relevant documentation

| ADD ANOTHER ITEM |
|:---:|

**SUBMIT DISPUTE**