UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANIE LEA,

    *Plaintiff*,

v.

                    Case No: 8:26-cv-00592-JLB-NHA

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    *Defendants*.

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT SYNCHRONY BANK

In accordance with Local Rule 3.09, the Plaintiff, BRITTANIE LEA ("Plaintiff"), hereby provides notice that Plaintiff and Defendant, SYNCHRONY BANK ("Synchrony"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Synchrony from this case with prejudice.

Respectfully submitted on March 13, 2026, by:

                  **SERAPH LEGAL, P.A.**

                  /s/ *Megan Rosenberg*
                  Megan A. Rosenberg, Esq.
                  Florida Bar No.: 1005213
                  MRosenberg@SeraphLegal.com
                  3505 East Frontage Road, Suite 145
                  Tampa, FL 33607
                  Tel: 813-567-1230 (Ext: 404)
                  Fax: 855-500-0705
                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213