UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANIE LEA,

    *Plaintiff*,

v.

                                      Case No: 8:26-cv-00592-JLB-NHA

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    *Defendants*.

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.**

In accordance with Local Rule 3.09, the Plaintiff, BRITTANIE LEA ("Plaintiff"), hereby provides notice that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Experian from this case with prejudice.

Respectfully submitted on March 16, 2026, by:

                                      **SERAPH LEGAL, P.A.**

                                      */s/ Megan Rosenberg*
                                      Megan A. Rosenberg, Esq.
                                      Florida Bar No.: 1005213
                                      MRosenberg@SeraphLegal.com
                                      3505 East Frontage Road, Suite 145
                                      Tampa, FL 33607
                                      Tel: 813-567-1230 (Ext: 404)
                                      Fax: 855-500-0705
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213